IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kubeczko, Tomasz

Printed: 7/1/08

Case Number: 06 B 14260
Judge: Squires, John H
Filed: 11/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 21, 2008
Confirmed: December 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,990.00 |  |
| Secured: |  | 10,312.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 677.52 |
| Other Funds: |  | 0.00 |
| Totals: | 12,990.00 | 12,990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael J Worwag | Administrative | 2,000.00 | 2,000.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 23,500.00 | 8,909.39 |
| 5. | UBS Real Estate Securities Inc | Secured | 3,700.84 | 1,403.09 |
| 6. | Capital One | Unsecured | 1,511.46 | 0.00 |
| 7. | Cook County Treasurer | Priority |  | No Claim Filed |
| 8. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 9. | Capital Management | Unsecured |  | No Claim Filed |
| 10. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 11. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 12. | Monterey Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,712.30 | $ 12,312.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 191.52 |
| 5.4% | 486.00 |
|  | _____ |
|  | $ 677.52 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kubeczko, Tomasz | Case Number: 06 B 14260 |
| | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 11/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

